# United States Court of Appeals
# for the Federal Circuit

---

January 4, 2012

**ERRATA**

---

Appeal No. 2010-1489

**POWERTECH TECHNOLOGY INC.**
**v.**
**TESSERA, INC.**

Decided: September 30, 2011
Precedential Opinion

---

Please make the following changes:

Page 10, lines 15-16, change "the licensee—supplier of the product-at-issue—could" to --the supplier of the product-at-issue could--.

Page 10, line 19, change "licensee's" to --supplier's--.